IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| vs. | : |
| | : NO. 17-506 |
| DARIEN SHANELL ELLSWORTH-DAWAY | : |

# ORDER

**AND NOW**, this 7th day of July, 2021, upon review of Defendant's "Motion to Proceed In Forma Pauperis" and "Emergency Petition to Reduce Sentence" (Docket No. 100), and the government's opposition thereto, it is hereby **ORDERED** that Defendant's *pro se* "Emergency Petition to Reduce Sentence" (Docket No. 100) is **DENIED**.

**BY THE COURT**:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.